Lenora Stanley       1/11/2024

RE: Chapter 13 + Motion to Impose Automatic Stay

MIDDLE DISTRICT OF FL.     CASE # 3-24-BK-00085

(Filing Bankruptcy Chapter 13
Filing for Motion to Impose Automatic Stay
of Auction dated 1/11/24
in Citrus County FL. Case #2022CA000637A

I filed Bankruptcy Chapter 13
CASE ~~#3:23-bk-02531-BAJ~~ 3  1/11/24
    ↳ 3-24-BK-00085

I recieved approval order to pay filing fee in installments (Nov 6th 2023)

I then recieved in mail the next day dismissing my case before I could even send out first installment (Nov 7th 2023)

After recieving dismissal I contacted H.U.D. They proceeded to contact Thomas Loughridge and his attny - Mr. Perrin.
This was to obtain accurate numbers for complete pmt to them for:
  1) Mortgage arrears
  2) attny fees + court costs.
They (Thomas Loughridge + attny) once again refused.

Now I am here pleading with the court for the above request.

Lenora Stanley  1/11/2024
Middle District Fl.

CASE # 3-24-BK-00085

I Do NOT want to loose my home.
I am 65 years old and not well.

I Do hAve Roommate/Renters here.
Currently they are able to pay $750 a
month towards mortgage repayment plan.

I Ask the court for this reconsideration.

Thank You
Lenora Stanley
16 E. Murray St
Beverly Hills Fl. 34465
ph # 352-322-6272
E-mail: lenorarose53@gmail