[**Dodinscf**] [Order Disapproving Application to Pay Installments]

ORDERED.

**Dated: January 12, 2024**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Lenora Rose Stanley

Case No.
3:24–bk–00085–BAJ
Chapter 13

_____Debtor*_____/

### *ORDER DISAPPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS*

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. _6_ (the "Application"). The Court has considered the Application, together with the record, and finds that the Debtor failed to pay the full filing fee in prior bankruptcy case number(s) 3:23–bk–02531.

Accordingly, it is

**ORDERED:**

1. The Application is Disapproved.

2. The Debtor is directed to pay the remaining balance of the filing fees, $ 313.00 within fourteen (14) days from the date of this Order by cashier's check or money order delivered to:

Clerk, U.S. Bankruptcy Court,
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

3. If the Debtor fails to pay the filing fee, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.